```
                                          F I L E D
                                       DISTRICT OF NEBRASKA
                                      AT_____ M

                                         APR 1 5 1977

        IN THE UNITED STATES DISTRICT COURT   William L. Olson, Clerk
             FOR THE DISTRICT OF NEBRASKA    By_____ Deputy
```

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )
      vs.                        )              ORDER
                                 )
                                 )
                                 )
JOHN SALANITRO, et al,           )
                                 )
            Defendants.          )              CR75-O-47

      In accordance with the accompanying memorandum of decision of today,

      IT IS ORDERED that:

      1. The list of names and addresses delivered by the court to the office of the Clerk of the Court with this order and labeled, "List of Witnesses for Disclosure to the City of Omaha," shall be retained in the office of the Clerk of the Court in Omaha, shall be kept out of public view, and shall be available only to Herbert M. Fitle, Omaha City Attorney, and any other members of his legal staff whom he selects and designates in writing;

      2. The list of names and addresses delivered by the court to the office of the Clerk of the Court with this order and labeled, "List of Witnesses for Disclosure to the Counsel on Discipline of the Nebraska State Bar Association," shall be retained in the office of the Clerk of the Court in Lincoln, shall be kept out of public view, and shall be available only to Robert C. Blair, the Counsel on Discipline of the Nebraska State Bar Association;

      3. The list of names and addresses delivered by the court to the office of the Clerk of the Court with this order and labeled, "List of Witnesses for Disclosure to Nebraska Commission on Judicial Qualifications," shall be retained in the office of the Clerk of the Court in Lincoln, shall be kept out of public view, and shall be available only to Paul L. Douglas, Attorney General of the State of Nebraska, and any other members of his legal staff whom he selects and designates in writing;

      4. The contents of the foregoing lists shall be kept as fully confidential as possible by those to whom they are disclosed and shall be used only as a source of information for their own official duties; and

      5. Upon completion of the investigations made possible by this order the statements taken or a summary of them may be delivered to the court for a comparison by the court with testimony given by the same witnesses to the grand jury and for a decision by the court as to

whether a disclosure of any further information from or any part of the transcript of the grand jury testimony is necessary.

Dated April __15__, 1977.

BY THE COURT

_____
Chief United States District Judge

_____
United States District Judge

_____
United States District Judge